# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2008

136861

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DOMINICK DENNIS CHAROBEE,
      Defendant-Appellant.

SC: 136861
COA: 281824
Wayne CC: 05-009379-01

_____/

On order of the Court, the application for leave to appeal the May 19, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008

_____
Clerk

s1117